# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

Nicholas Kyle Martino,
   Petitioner, *in pro per*

      v.

United States of America,
     Respondent

Case. No. 1:23-cv-16859-NLH

## NOTICE OF APPEAL TO THE THIRD CIRCUIT COURT OF APPEALS

**WHEREFORE**, on this 4th day of March, 2024, Petitioner, Nicholas Kyle Martino, *in pro per*, hereby **SUBMITS** to this Honorable Court this Notice of Appeal to the Third Circuit for the denial of the relief requested in the above-entitled action. Plaintiff specifically appeals the Judgment entered at ECF No. 18.

This Notice of Appeal is timely pursuant to FRAP 4(a)(1)(B).

                                               Respectfully submitted,

                                               /s/ Nicholas Martino
                                             Nicholas Martino,
                                             *in pro per*