UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **24-1404**

Martino v. United States
(D.N.J. No. 1-23-cv-16859)

To:   Clerk

1)   Motion by Appellant for leave to appeal in forma pauperis

---

    The foregoing motion to proceed in forma pauperis is granted. The appeal will be submitted to a panel of this court for determination under 28 U.S.C. Section 1915(e)(2) as to whether the appeal will be dismissed as legally frivolous or whether summary action under Third Circuit L.A.R. 27.4 and I.O.P. 10.6 is appropriate. In making this determination, the district court opinion and record will be examined. Appellant may submit argument, which should not exceed 5 pages, in support of the appeal. The document, with certificate of service, must be filed with the clerk within 21 days of the date of this order. Appellee need not file a response unless directed to do so. The Court may reconsider in forma pauperis status or request additional information at any time during the course of this appeal.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: March 19, 2024
Tmm/cc: Nicholas K. Martino
       Mark E. Coyne, Esq.