# 1 3 3 7

*IN PRO PER*                                                                 *EST. 2014*

---

**N I C H O L A S   K Y L E   M A R T I N O**

U.S. Court of Appeals
Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106
*via CM/ECF*

**In re:** *Martino v. United States*, **24-1404**

Dear Clerk of Court,                                        June 3rd, 2024

I am requesting a status update of the above-captioned case which currently does not have a briefing schedule and is awaiting a determination by the Panel under 28 U.S.C. Section 1915(e)(2) or summary action under Third Circuit L.A.R. 27.4 and I.O.P. 10.6. Thank you.

                                        Regards,

                                         /s/ Nicholas Martino

                                        Nicholas Martino,
                                        *in pro per*

p: (856) 542-8214 | e: jailhouselawyer@proton.me

1