OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

June 5, 2024

Nicholas Martino
1201 Turnersville Road
Pine Hill, NJ 08021

RE: Nicholas Martino v. USA
Docket No.: 24-1404

Dear Mr. Martino:

    This will acknowledge receipt on June 3, 2024 of your letter dated June 3, 2024 in the above-captioned case. You will be advised when an order is entered on Court's determination under 28 U.S.C. 1915(e)(2). If the Court does not determine the case under 28 U.S.C. 1915(e)(2), a briefing schedule will issue.

Very truly yours,

 s/Tim
Case Manager
Direct Dial 267-299-4953