OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



**UNITED STATES COURT OF APPEALS**

21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

June 5, 2024

Nicholas K. Martino
1201 Turnersville Road
Pine Hill, NJ  08021

RE: Martino v. USA
Case Number:  24-1404
District Court Case Number: 1-23-civ-16859

Dear Nicholas Martino:

Upon further review of the appeal docketed above, please be advised that it will be submitted to
a panel of this Court for possible dismissal, as well as for possible summary action, as it appears
that this Court may lack appellate jurisdiction for the following reason:

> The order that you have appealed may not be reviewable at this time by a court of
> appeals.  Only final orders of the district courts may be reviewed.  28 U.S.C. § 1291; see
> also United States v. Nocito, 64 F.4th 76, 81 (3d Cir. 2023) (recognizing that an order
> denying a pre-indictment motion pursuant to Federal Rule of Criminal Procedure 41(g) is
> final and appealable if the motion is "premised entirely on property rights and not
> intertwined with a criminal prosecution in any way"); see also DiBella v. United States,
> 369 U.S. 121, 131-32 (1962); cf. In re Sealed Search Warrant, 11 F.4th 1235, 1244-47
> (11th Cir. 2021).

Jurisdictional defects cannot be remedied by the court of appeals. The parties may submit written
argument in support of or in opposition to dismissal of the appeal for lack of appellate
jurisdiction. Any response regarding jurisdiction must be in proper form (original with certificate
of service), and must be filed within 21 days from the date of this letter.

Upon expiration of the response period, this case will be submitted to a panel of this Court for
consideration of the jurisdictional question and for possible summary action.

The parties will be advised of any Order issued in this matter.

Very truly yours,


s/ Patricia S. Dodszuweit
Clerk


By:
Zipporah, Administrative Assistant


ZM/cc:        Mark E. Coyne, Esq.