CLD-172

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 24-1404
_____

NICHOLAS KYLE MARTINO,
Appellant

v.

UNITED STATES OF AMERICA

_____

On Appeal from the United States District Court
for the District of New Jersey
(D.C. Civil Action No. 1-23-cv-16859)
District Judge: Honorable Noel L. Hillman (Ret.)
_____

Submitted for Possible Dismissal Due to a Jurisdictional Defect,
Possible Dismissal Pursuant to 28 U.S.C. § 1915(e)(2)(B), or
Possible Summary Action Pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6
August 22, 2024

Before: KRAUSE, FREEMAN, and SCIRICA, Circuit Judges
_____

**JUDGMENT**
_____

This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was submitted for possible dismissal due to a jurisdictional defect, possible dismissal pursuant to 28 U.S.C. § 1915(e)(2)(B), or possible summary action pursuant to Third Circuit LAR 27.4 and I.O.P. 10.6 on August 22, 2024. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the judgment of the District Court entered March 1, 2024, be and the same hereby is affirmed in part, and this appeal is dismissed in part. All of the above in accordance with the opinion of this Court.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

DATED: August 28, 2024